**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Sally Waller, Crystal Wilson, Rosie Stevenson, Patricia Cook, Judith Wendling, Winnie Van, Julia Biggs, Arthur Brobst and Shirley Dalley, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   09 C 3505 |
| Phillips & Cohen Associates, Ltd., a New Jersey corporation, | ) ) ) | Judge Grady Magistrate Judge Schenkier |
| Defendant. | ) | <u>Jury Demanded</u> |

### <u>NOTICE OF MOTION</u>

**TO:    SEE ATTACHED SERVICE LIST**

 **PLEASE TAKE NOTICE** that at 11:00 a.m. on Thursday, July 16, 2009, we shall appear before the Honorable John F. Grady in Room 2201 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**, a copy of which was served upon as indicated on the attached Certificate of Service.

           /s/  David J. Philipps_____
           One of Plaintiff's Attorneys

Dated:  July 13, 2009

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2009, a copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent to the following parties via UPS Next Day Air, before 5:00 p.m. on July 13, 2009.

Howard A. Enders, President
Phillips & Cohen Associates, Ltd.
1002 Justison Street
Wilmington, Delaware 19801

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com